IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                              No. 4:22-cr-330-DPM

BILL ERWIN                                                       DEFENDANT

## ORDER

This criminal case began, as many do, with a complaint. An FBI Special Agent laid out the facts that he believed showed probable cause that Bill Erwin committed two crimes: attempted production of child pornography and attempted enticement of a minor. Doc. 1. Magistrate Judge Volpe found that there was probable cause and issued an arrest warrant. Erwin was arrested and was later indicted on three counts of attempted production of child pornography. Doc. 8. The Indictment superseded the complaint. 1 CHARLES ALAN WRIGHT & ARTHUR R. MILLER § 41, at 35 (4th ed. 2008).

Erwin moves to dismiss the Indictment for failure to state an offense. Fed. R. Crim. P. 12(b)(3)(B)(v). His arguments, however, focus on the allegations made in the *complaint*. That's the wrong target. "In reviewing the sufficiency of an indictment, we accept the government's allegations as true, without reference to allegations outside the indicting document." *United States v. Welker*, 75 F.4th 820, 821 (8th Cir. 2023). The relevant question is whether the Indictment "contains the

elements of the offense[s] charged, and sufficiently apprises the defendant of what he must be prepared to meet." *United States v. Prelogar*, 996 F.3d 526, 531 (8th Cir. 2021). The Indictment in this case, which tracks the language of the attempted child pornography production statute, is sufficient. *Ibid.* And the entrapment argument is premature. *United States v. Freed*, 401 U.S. 601, 607 (1971). Erwin's motion to dismiss, *Doc. 37*, is therefore denied.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2025