IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. No. 4:22-cr-330-DPM

BILL ERWIN DEFENDANT

**ORDER**

Erwin's motion, *Doc. 67* for leave to file late objections to the restoration report is granted. So is his motion, *Doc. 63*, for appointment of an expert to examine his mental competency pursuant to 18 U.S.C. § 4241(a) and his mental capacity pursuant to 18 U.S.C. § 4242(a). Erwin is indigent; and he has shown that he needs an expert to prepare an adequate defense. 18 U.S.C. § 3006A(e). The Court therefore authorizes his lawyer to spend up to $3,000 to retain and pay the expert requested. But compensation above that amount must be certified by this Court and approved by the Chief Judge of the Circuit. 18 U.S.C. § 3006A(e)(3); CJA Guidelines §§ 310.20.10(A) & 310.20.20(a). Erwin's lawyer must therefore show why the expert's services are "of an unusual character or duration" before spending more than $3,000. *Ibid.*

For the reasons stated during the 15 September 2026 status conference, Erwin's expert must complete her preliminary report on Erwin's competency and capacity as soon as practicable, and no later than October 9th. Erwin's objections to Dr. Miller's report and his

Federal Rule of Criminal Procedure Rule 12.2 notice are due October 9th, too. No extensions.

Erwin's restoration hearing will be held at 1:30 p.m. on 4 November 2026. If the Court finds that Erwin has been restored to competency, and if Erwin files a Rule 12.2 notice, the Court will then order that the Bureau of Prisons evaluate him pursuant to 18 U.S.C. § 4242(a).

We cannot do all these things before the 27 October 2026 trial date. Considering Erwin's diligence, the ends of justice are better served by allowing experts to evaluate him. And this interest outweighs both his interest and the public's interest in a speedy trial. The Court therefore reschedules the trial for 27 July 2027 at 9:30 a.m. The period of delay caused by granting this continuance is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) & (B).

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

18 September 2026