**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **No. 4:22-cr-330-DPM**

**BILL ERWIN** **DEFENDANT**

**ORDER**

**1.** For the reasons stated from the bench at the 4 November 2026 restoration hearing, the Court concludes that Erwin has been restored to competency and is capable of assisting properly in his defense. 18 U.S.C. § 4241.

**2.** What remains is the question of his mental capacity at the time of the alleged offense. Erwin has filed a notice of insanity defense. *Doc. 72*. And the government has informally moved for an examination. The Court therefore orders one be conducted. 18 U.S.C. § 4242(a).

**3.** Erwin is committed to the custody of the Attorney General to await designation to a Bureau of Prisons facility where the evaluation will be performed. The Court directs the United States Marshal to notify the Court immediately when the facility is designated.

So Ordered.

D.P. Marshall Jr.
United States District Judge

5 November 2026