IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **No. 4:22-cr-330-DPM**

**BILL ERWIN** **DEFENDANT**

# ORDER

On 4 November 2026, the Court granted Government's motion for mental health evaluation pursuant to 18 U.S.C. § 4242(a). *Doc. 86.* The Court has now received the facility designation where Erwin's evaluation will take place. The Court directs the United States Marshals Service to transport Erwin immediately to FCI Englewood in Littleton, Colorado.

Pursuant to 18 U.S.C. § 4247(b), Erwin is committed to the custody of the Attorney General, or his authorized representative, for a reasonable period not to exceed forty-five days for an examination under 18 U.S.C. § 4242. The time period excludes any time consumed by transportation, though taking more than ten days for transport either to or from the facility is presumptively unreasonable. 18 U.S.C. § 3161(h)(1)(F). If a quarantine period is required when Erwin arrives at the facility, then that period is excluded from the study period, too.

Based on 18 U.S.C. § 4247(c), the facility conducting the examination will file reports with this Court with copies provided to

Erwin's lawyer and the Government. When the evaluations are completed, the Marshals must immediately transport Erwin back to the Eastern District of Arkansas.

Any delay caused by this examination is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A) & (F).

So Ordered.

D.P. Marshall Jr. by KGB

D.P. Marshall Jr.
United States District Judge

November 23, 2026